```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/5/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- X
ADONIJAH COLBOURNE,

               Plaintiff,

   - against –

SARA J. MACKENZIE, CORRECTION OFFICER

              Defendants.
---------------------------------------------------------------- X

24 Civ. 9577 (NSR)

**NOTICE OF MOTION**

**MEMO ENDORSED**

    **PLEASE TAKE NOTICE** that upon the annexed Memorandum of Law, and upon all the papers and proceedings had to date herein, Defendant Sara J. MacKenzie, Correction Officer ("Defendant"), by her attorney, LETITIA JAMES, Attorney General of the State of New York, will move this Court pursuant to Rules 12(b)(6) of the Federal Rules of Civil Procedure, on a date to be set by the Court, before the Honorable Nelson S. Roman, United States District Judge, at the United States Courthouse, 300 Quarropas Street White Plains, New York 10601, for an order dismissing the claim asserted against Defendant in this action, and for such other and further relief as the Court deems just, proper and equitable.

    **PLEASE TAKE FURTHER NOTICE**, that pursuant to the Court's Special Rules of Practice in Civil *Pro Se* Cases, opposition papers must be filed and served within four weeks of the service of the motion papers.

    **The Court is in receipt of Defendant's notice of motion related to a motion to dismiss. The Court dismisses Defendant's motion without prejudice to renew for failure to follow the Court's Individual Rules of Practice. The Clerk of Court is directed to terminate the motion at ECF Nos. 13 and 16.**

    **Dated: June 5, 2025**
         **White Plains, NY**

SO ORDERED:

*[signature]*

NELSON S. ROMÁN
United States District Judge

Dated: May 5, 2025

                                              LETITIA JAMES
Attorney General
State of New York
Attorney for Defendants

By: */s/ Samuel A. Blaustein*
Samuel A. Blaustein
Assistant Attorney General
28 Liberty Street
New York, NY 10005
Tel: (212) 416-8177
Samuel.Blaustein@ag.ny.gov

To: (Via First Class Mail)
Adonijah Colbourne
DIN 18A2771
Woodbourne Correctional facility
99 Prison Road
P.O. Box 1000
Woodbourne, New York 12788